UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:24-cv-00804 |
| ) | |
| JOHN DOE subscriber assigned IP address ) | Judge Franklin U. Valderrama |
| 24.148.69.76, ) | Magistrate Judge David Weisman |
| ) | |
| Defendant. ) | |
| ) | |

## PLAINTIFF'S INDIVIDUAL STATUS REPORT

This is a copyright infringement case filed against a John Doe Defendant who is known to Plaintiff only by an IP address. On April 11, 2024, this Court granted Plaintiff leave to Serve a Third Party Subpoena on the Defendant's ISP [CM/ECF 9]. Plaintiff served the subpoena on or about April 15, 2024 and expected to receive the ISP's response on May 28, 2024. On May 28, 2024, counsel for Defendant reached out to Plaintiff and expressed Defendant's intent to settle. The parties are currently in settlement communications.

Dated: June 5, 2024

Respectfully submitted,

GRIFFIN WILLIAMS
MCMAHON & WALSH, LLP

By: /s/ *Patrick J. Walsh*
  Patrick J. Walsh, Esq

Patrick J. Walsh, Esq.
GRIFFIN WILLIAMS
MCMAHON & WALSH, LLP
21 North Fourth Street
Geneva, Illinois 60134
(630) 457-4242
ARDC. No. 6287629
pwalsh@gwmwlaw.com